ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Adelaide Services, LLC | ) ASBCA No. 63443 |
| | ) |
| Under Contract No. W9126G-17-C-0145 | ) |

APPEARANCES FOR THE APPELLANT:      Johnathan M. Bailey, Esq.
                                    Kristin E. Zachman, Esq.
                                      Cokinos Young
                                      San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                      Engineer Chief Trial Attorney
                                    Britt D. Brandon, Esq.
                                      Engineer Trial Attorney
                                      U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 17, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

        I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63443, Appeal of Adelaide Services, LLC, rendered in conformance with the Board's Charter.

Dated:  April 19, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals